STATE of Missouri, Respondent,

v.

Marsha RULO, Appellant.

ED 102621

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

FILED: April 19, 2016

Kristina Starke Olson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Christine Lesicko, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### *ORDER*

PER CURIAM.

Marsha Rulo appeals from the sentence and judgment of conviction for assault in the second degree, armed criminal action, and endangering the welfare of a child. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a

memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).